L. M. Berkeley, Appellant, v. D. R. Friedman, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

De Kalb Holding Company and Another, Appellants, v. Madison Theatre Company and Others, Respondents.— Motion granted on condition that defendants file a bond in the sum of $25,000; or in the alternative deposit to the credit of the action $12,000, and in addition deposit on the first day of each month the sum of $4,000, perfect the appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ. Order to be settled before Mr. Justice Rich.

William Foster, Respondent, v. The City of New York, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

Lawrence Hull, as Trustee in Bankruptcy, etc., Plaintiff, v. Fifty-second Street Storage House, Inc., and Others, Defendants.— Motion for resettlement of the order of the Special Term of February twenty-fourth stayed until the hearing and determination of the appeal herein, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of the Commissioners of the Palisades Interstate Park for the Condemnation of Certain Lands Situated in the County of Rockland, etc.— Motion to resettle order granted and order signed. Present — Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of the Commissioners of the Palisades Interstate Park for the Condemnation of Certain Lands Situate in the County of Rockland, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Thomas, Carr, Stapleton and Putnam, JJ. Form of order and certificate to be settled on notice before Mr. Justice Putnam.

In the Matter of the Final Judicial Settlement of the Account of Sarah S. Holzworth, as Executrix, etc., of William N. Slater, Deceased.— Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary. Motion for injunction denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Bertha Williams, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

James Clarence Wells, Appellant, v. Alvah C. Haff and Another, as Executors, etc., Respondents.— Motion denied. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Westchester Mortgage Company, Respondent, v. Thomas B. McIntire, Inc., and Another, Defendants, Impleaded with William H. Foster, Appellant.— Appellant has neglected to comply with the rule* that upon

---

* See App. Div. Rules, 2d. Dept., Special Rule.— [REP.